

## NUMBER 13-19-00502-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SOUTH TEXAS BRAIN & SPINE
INSTITUTE, P.A. D/B/A SOUTH
TEXAS BRAIN & SPINE CENTER,                                    Appellant,

v.

BAY AREA HEALTHCARE GROUP,
LTD. D/B/A CORPUS CHRISTI
MEDICAL CENTER,                                                Appellee.

On appeal from the 117th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Benavides

Appellant, South Texas Brain & Spine Institute, P.A. d/b/a South Texas Brain &

Spine Center, filed an appeal from a judgment entered by the 117th District Court of

Nueces County, Texas, in cause number 2019DCV-1339-B. The parties have filed a

joint motion to dismiss the appeal on grounds that all matters in controversy between them in this cause have been compromised and settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
19th day of December, 2019.

2